Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
Adam W. Hansen, CA State Bar No. 264241
Ahansen@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238
**Attorneys for Plaintiffs**

SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699)
apaley@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
United States of America
Telephone:    (310) 277-7200
Facsimile:    (310) 201-5219

SEYFARTH SHAW LLP
Brandon R. McKelvey (SBN 217002)
bmckelvey@seyfarth.com
James D. McNairy (SBN 230903)
jmcnairy@seyfarth.com
Coby M. Turner (SBN 266298)
cturner@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839
**Attorneys for Defendant**
**PROSPECT MORTGAGE, LLC**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Javan Devore, Barbara Kite, Joanna Lopez, Michael Regan, and Patricia Regan, individually, and on behalf of the general public,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>Prospect Mortgage, LLC,<br>                  Defendant. | **Case No. 3:13-cv-01841-RS**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO FIND CASES RELATED** |

1  WHEREAS, Plaintiffs in this matter and the Petitioners in the matter of <u>Aldrich v. Prospect Mortgage, LLC</u>, Case No. 3:13-cv-03711 (WHO) are represented by the undersigned Plaintiffs' Counsel; and

4  WHEREAS, Defendant Prospect Mortgage, LLC is represented by the undersigned Defense Counsel both in this matter and in the matter of <u>Aldrich v. Prospect Mortgage, LLC</u>, Case No. 3:13-cv-03711 (WHO);

7  IT IS HEREBY STIPULATED, AGREED, AND JOINTLY REQUESTED that the Court deem the matter of <u>Aldrich v. Prospect Mortgage, LLC</u>, Case No. 3:13-cv-03711 (WHO) to be related to this matter.

Respectfully Submitted

Dated: August 15, 2013      NICHOLS KASTER, LLP

By:   s/Matthew C. Helland
      Matthew C. Helland

Attorneys for Plaintiffs

Dated: August 15, 2013      SEYFARTH SHAW LLP

By:   s/Coby M. Turner
      Coby M. Turner

Attorneys for Defendant

PURSUANT TO STIPULATION, IT SO ORDERED. The matter of <u>Aldrich v. Prospect Mortgage, LLC</u>, Case No. 3:13-cv-03711 (WHO) is related to this matter and shall be reassigned to the undersigned.

Dated: 8/20/13

_____
Hon. Richard Seeborg
United States District Judge