|   |   |
|---|---|
| 1 | Matthew C. Helland, CA State Bar No. 250451 |
|   | Helland@nka.com |
| 2 | Adam W. Hansen, CA State Bar No. 264241 |
|   | Ahansen@nka.com |
| 3 | NICHOLS KASTER, LLP |
|   | One Embarcadero Center, Suite 720 |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 277-7235 |
| 5 | Facsimile: (415) 277-7238 |
| 6 | **Attorneys for Plaintiffs** |

7   SEYFARTH SHAW LLP
    Andrew M. Paley (SBN 149699)
8   apaley@seyfarth.com
    2029 Century Park East, Suite 3500
9   Los Angeles, California 90067-3021
10  United States of America
    Telephone:    (310) 277-7200
11  Facsimile:    (310) 201-5219

12  SEYFARTH SHAW LLP
    Brandon R. McKelvey (SBN 217002)
13  bmckelvey@seyfarth.com
    James D. McNairy (SBN 230903)
14  jmcnairy@seyfarth.com
    Coby M. Turner (SBN 266298)
15  cturner@seyfarth.com
    400 Capitol Mall, Suite 2350
16  Sacramento, California 95814-4428
17  Telephone:    (916) 448-0159
    Facsimile:    (916) 558-4839
18  **Attorneys for Defendant**
19  **PROSPECT MORTGAGE, LLC**

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| Javan Devore, Barbara Kite, Joanna Lopez, Michael Regan, and Patricia Regan, individually, and on behalf of the general public, | **Case No. 3:13-cv-01841-RS** |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO FIND CASES RELATED** |
| vs. | |
| Prospect Mortgage, LLC, | |
| Defendant. | |

WHEREAS, Plaintiffs in this matter and the Petitioners in the matter of Aldrich v. Prospect Mortgage, LLC, Case No. 3:13-cv-03711 (WHO) are represented by the undersigned Plaintiffs' Counsel; and

WHEREAS, Defendant Prospect Mortgage, LLC is represented by the undersigned Defense Counsel both in this matter and in the matter of Aldrich v. Prospect Mortgage, LLC, Case No. 3:13-cv-03711 (WHO);

IT IS HEREBY STIPULATED, AGREED, AND JOINTLY REQUESTED that the Court deem the matter of Aldrich v. Prospect Mortgage, LLC, Case No. 3:13-cv-03711 (WHO) to be related to this matter.

Respectfully Submitted

Dated: August 15, 2013   NICHOLS KASTER, LLP

By:   s/Matthew C. Helland
      Matthew C. Helland

Attorneys for Plaintiffs

Dated: August 15, 2013   SEYFARTH SHAW LLP

By:   s/Coby M. Turner
      Coby M. Turner

Attorneys for Defendant

PURSUANT TO STIPULATION, IT SO ORDERED. The matter of Aldrich v. Prospect Mortgage, LLC, Case No. 3:13-cv-03711 (WHO) is related to this matter and shall be reassigned to the undersigned.

Dated: 8/20/13

Hon. Richard Seeborg
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO FIND CASES RELATED