**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVAN DEVORE, et al., | **Case No. 13-cv-01841 RS** |
| Plaintiffs, | **ORDER DENYING MOTION TO STAY AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PROSPECT MORTGAGE, LLC, | |
| Defendant. | |

Defendant's motion to stay this action pending a decision by the Judicial Panel on Multidistrict Litigation as to whether it will be transferred to a coordinated proceeding is suitable for disposition without oral argument, pursuant to Civil Local Rule 7-1(b). The hearing set for October 7, 2013 is therefore vacated.

A court is not deprived of its jurisdiction or otherwise limited in its ability to proceed with a case merely because a party has filed a motion for consolidation with the MDL panel. *In re Air Crash Disaster at Paris, France, on March 3, 1974*, 376 F. Supp. 887, 888 (J.P.M.L. 1974). Nevertheless, courts have the inherent authority to stay proceedings as a way "to control [their] docket and promote efficient use of judicial resources." *Dependable Highway Exp., Inc. v. Navigators Ins. Co*., 498 F.3d 1059, 1066 (9th Cir. 2007). District courts considering virtually identical stay motions in other actions like this growing out of the *Sliger* de-certification

1

stipulation have reached inconsistent results. Given that the decision to grant such stays is entirely discretionary, this is unsurprising.

Although the question is close, in light of plaintiffs' representations that there will be no motion practice herein, the stay will be denied. Because all plaintiffs in the post-*Sliger* actions are represented by the same counsel, and because individualized discovery will be required regardless of the forum, the risk of duplicative or ultimately wasteful discovery is minimal. The parties also have already engaged in their Rule 26(f) conference and the initial disclosure process. While a scheduling order has not been entered, and will not be entered, delaying plaintiffs' initial discovery efforts would not be warranted. The initial Case Management Conference, however, will be continued to January 9, 2014, at 10:00 a.m., with the expectation that a decision by the MDL panel will issue prior to that date.

IT IS SO ORDERED.

Dated: 10/3/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2