IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEVORE, et al., | No. C 13-01841  RS |
| Plaintiffs, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| PROSPECT MORTGAGE, LLC, | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 9, 2014.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY.

On or before November 14, 2014, all fact discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

2. DISCOVERY DISPUTES.

CASE MANAGEMENT SCHEDULING ORDER

Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

3. FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **November 20, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

4. PRETRIAL MOTIONS.  All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.  Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than **February 19, 2015.**

5. PRETRIAL CONFERENCE.  The final pretrial conference will be held on **April 9, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

6. TRIAL DATE.  A jury trial shall commence on **April 20, 2015 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   January 9, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER