UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAN DEVORE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PROSPECT MORTGAGE, LLC,<br><br>　　　　Defendant. | Case No. 13-cv-01841-RS<br><br>**ORDER DISCHARGING STANDBY ORDER OF DISMISSAL** |

The standby order of dismissal set for hearing on October 9, 2014 is hereby discharged.

**IT IS SO ORDERED**.

Dated: October 3, 2014

_____
RICHARD SEEBORG
United States District Judge